IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, <br> *Plaintiff,* <br> vs. <br><br> HEWLETT-PACKARD COMPANY <br> *Defendant,* | Civil Action No. 13-cv-11832-PBS |

## JOINT MOTION TO DISMISS

Plaintiff Trustees of Boston University ("Plaintiff") and Defendant Hewlett-Packard Company ("Defendant") have settled Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendant, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 16, 2014                     Respectfully submitted,

                                                        TRUSTEES OF BOSTON UNIVERSITY

                                                        */s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile: (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

HEWLETT-PACKARD COMPANY


*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros, BBO # 635742
Maya P. Choksi, BBO # 679861
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6119
nick.papastavros@dlapiper.com
maya.choksi@dlapiper.com

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)
David R. Knudson (*pro hac vice*)
**DLA Piper LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701
sean.cunningham@dlapiper.com
erin.gibson@dlapiper.com
david.knudson@dlapiper.com